## A02A1247. WALKER v. THE STATE.

(597 SE2d 629)

MIKELL, Judge.

The Supreme Court granted certiorari in this case, and in *State v. Walker*, 276 Ga. 756 (585 SE2d 77) (2003), reversed the judgment of this Court. Therefore, we vacate our earlier opinion[1] and adopt the judgment of the Supreme Court as our own.

*Judgment affirmed. Andrews, P. J., and Phipps, J., concur.*

DECIDED MARCH 25, 2004.

*Patterson & Patterson, Jackie G. Patterson, Yasma M. Patterson*, for appellant.
*Joseph J. Drolet, Solicitor-General, Katherine Diamandis, Assistant Solicitor-General*, for appellee.

---

[1] *Walker v. State*, 258 Ga. App. 354 (574 SE2d 317) (2002).